IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WIRCO, Inc. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Estes Express Lines, | ) ) |
| Defendant. | ) ) |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Wirco, Inc., by counsel, H. Joseph Cohen and Carta H. Robison, on behalf of Barrett McNagny, LLP, and for its Complaint for Damages against Defendant states as follows:

## PARTIES AND JURISDICTION

1. Wirco, Inc. ("Wirco") is an Indiana corporation licensed and authorized to do business in the State of Indiana with its principal place of business in Noble County, Indiana.

2. Defendant Estes Express Lines ("Estes") is a corporation with a principal place of business in the State of Virginia believed to be authorized to conduct transportation and carrier services under the Department of Transportation regulations for the movement of freight in interstate commerce.

3. Jurisdiction is proper because the amount in controversy in this matter, exclusive of interest and costs, exceeds $75,000.00.

1

3018955

4. Because the amount in controversy exceeds $75,000.00 and this suit is between citizens of different states, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(3) as Estes is subject to this Court's jurisdiction.

6. Subject matter jurisdiction is proper because this is an action for damages pursuant to the Carmack Amendment set forth at 49 U.S.C. § 14706.

## FACTUAL BACKGROUND

7. On or around October 30, 2020, Wirco shipped $76,000.000 in material via Estes as the carrier. A true and accurate copy of the freight bill and Bill of Lading is attached hereto as Exhibit "A" and incorporated herein by reference.

8. The shipment was destined for Laredo, Texas, but was delivered by Estes to an Amazon facility located in St. Louis, Missouri.

9. Wirco made numerous attempts to seek return of its shipment material.

10. On or around January 21, 2021, Wirco filed a claim for lost and damaged materials, the receipt of such claim was acknowledged by Estes on January 22, 2021.

11. By way of correspondence dated June 1, 2021, Wirco served its timely written claim as a condition precedent to bringing a civil action against Estes.

12. Wirco received no response from Estes.

13. Amazon has not returned Wirco's property.

14. Estes has not returned Wirco's property.

15. Wirco has been damaged as a result of Estes actions in the amount of the full value of the fright of $76,000.00.

## COUNT I – VIOLATION OF 49 U.S.C. § 14706

3018955

16. Wirco incorporates preceding paragraphs 1 through 15.

17. Estes's actions violate the Carmack Amendment set forth at 49 U.S.C. § 14706 as it failed to deliver the shipment to the prescribed consignee.

WHEREFORE, Wirco asks the Court for judgment against Defendant in an amount sufficient to compensate Wirco for its damages and for all just and proper relief.

### COUNT II – BREACH OF CONTRACT

18. Wirco incorporates preceding paragraphs 1 through 17.

19. For consideration, Wirco engaged the transportation services of Estes.

20. A Bill of Lading is a contract.

21. Estes's actions violated its contractual obligations to Wirco to deliver the freight to the consignee resulting in damage to Wirco for the lost value of the freight, the cost of transportation to the consignee, and lost revenue to Wirco for the loss of the freight.

WHEREFORE, Wirco asks the Court for judgment against Defendant in an amount sufficient to compensate Wirco for its damages and for all just and proper relief.

### COUNT III – NEGLIGENCE

22. Wirco incorporates preceding paragraphs 1 through 21.

23. Estes owed a duty to Wirco to deliver its freight free of loss and/or damage.

24. Wirco breached that duty.

25. Estes's actions are the direct and proximate cause of Wirco's damages.

26. Wirco has been damaged in the amount of $76,000.00 for the lost value of the freight, the cost of transportation to the consignee, and lost revenue to Wirco for the loss of the freight.

WHEREFORE, Wirco asks the Court for judgment against Defendant in an amount sufficient to compensate Wirco for its damages and for all just and proper relief.

BARRETT McNAGNY LLP

By: /s/ H. Joseph Cohen
    H. Joseph Cohen, #19303-02
    Carta H. Robison, #35671-53
    215 East Berry Street
    P.O. Box 2263
    Fort Wayne, IN 46801-2263
    Tel: (260) 423-9551
    Fax: (260) 423-8920
    Email: hjc@barrettlaw.com
    Email: chr@barrettlaw.com
    *Attorneys for Plaintiff, Wirco, Inc.*